FILED
ASHEVILLE, NC

JUL 11 2018

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18mj80 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIUS SLYDELL | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrant in the above-captioned case, which originate out of the Southern District of Florida (Case No. 18-80134-Cr-Cohn/Matthewman) be unsealed.

This 11th day of July, 2018.

_____
HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE